UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTINE GAROFALO** | : | **CIVIL ACTION NO.:** |
| Plaintiff | : | **3:12-CV-753 (AVC)** |
| | : | |
| v. | : | |
| | : | |
| **VALSPAR CORPORATION** | : | |
| Defendant | : | **DECEMBER 23, 2013** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, and Local Rule 41(b) for the District of Connecticut, Plaintiff Christine Garofalo together with Defendant Valspar Corporation, by agreement, hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims. All parties shall bear their own costs, expenses, and attorneys' fees.

PLAINTIFF
CHRISTINE GAROFALO

By: */s/ Todd D. Steigman*
    Todd D. Steigman (ct26875)
    Madsen, Prestley & Parenteau, LLC
    405 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 246-2466
    Fax: (860) 246-1794
    E-Mail: tsteigman@mppjustice.com

DEFENDANT
VALSPAR CORPORATION

By: */s/ Joan B. Tucker Fife*
    Douglas J. Varga (ct18885)
    Lucas Bagnell Varga LLC
    2425 Post Road, Suite 200
    Southport, CT 06890
    Telephone: (203) 227-8400
    Fax: (203) 227-8402
    E-Mail: dvarga@lbv-law.com

    Joan B. Tucker Fife
    Appearing Pro Hac Vice
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA 94111-5802
    Telephone: (415) 591-1000
    Fax: (415) 591-1400
    E-Mail: jfife@winston.com

>Emilie C. Woodhead
>Appearing Pro Hac Vice
>Winston & Strawn LLP
>333 South Grand Avenue, 38th Floor
>Los Angeles, CA 90071-1543
>Telephone: (213) 615-1700
>Fax: (213) 615-1750
>E-Mail: ewoodhead@winston.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of December, 2013, the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/Todd D. Steigman_____